IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT H. KOONS, JR. and<br>SALLY KOONS, his wife<br>BOX 361<br>Hunter, NY  12442<br>　　　　　　　Plaintiffs,<br>　　　v.<br><br>PIEDMONT HAWTHORNE AVIATION,<br>Lehigh Valley International Airport<br>600 Hayden Circle<br>Allentown, PA 18109<br><br>HAWTHORNE A-B-E, INC.<br>n/k/a Hawthorne Airport Services, Inc.<br>6543 Fain Street<br>Charleston, SC 29406<br><br>PIEDMONT HAWTHORNE HOLDINGS, INC.<br>6543 Fain Street<br>Charleston, SC 29406<br>　　　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br>02-CV-2739<br><br>JURY TRIAL DEMANDED |

## ENTRY OF APPEARANCE AS CO-COUNSEL

**TO THE CLERK:**

KINDLY enter my appearance as co-counsel on behalf of the Defendants, Piedmont Hawthorne Aviation, Hawthorne A-B-E, Inc. n/k/a Hawthorne Airport Services, Inc., and Piedmont Hawthorne Holdings, Inc., in the above-captioned matter.

　　　　　　　　　　　　　　　COZEN O'CONNOR


　　　　　　　　　　　　　　　BY:_____
　　　　　　　　　　　　　　　Sara Anderson Frey, Esquire
　　　　　　　　　　　　　　　Identification No. 82835
　　　　　　　　　　　　　　　1900 Market Street, The Atrium
　　　　　　　　　　　　　　　Philadelphia, PA  19103
　　　　　　　　　　　　　　　(215) 665-2199

DATED:  October 28, 2002

## **CERTIFICATE OF SERVICE**

I, Sara Anderson Frey, Esquire, attorney for Defendants Piedmont Hawthorne Aviation, Hawthorne A-B-E, Inc. n/k/a Hawthorne Airport Services, Inc., and Piedmont Hawthorne Holdings, Inc., do hereby certify that a copy of the foregoing Entry of Appearance has been served upon opposing counsel by United States Mail, postage prepaid this 28th day of October, 2002, as follows:

> Arthur Alan Wolk, Esquire
> Philip J. Ford, Esquire
> Wolk & Genter
> 1710-12 Locust Street
> Philadelphia, PA  19103
>
> Attorney for Plaintiffs

COZEN O'CONNOR

_____
Sara Anderson Frey, Esquire