```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

ROBERT KOONS                          :         CIVIL ACTION
and SALLY KOONS,                      :
        Plaintiffs              :
                                      :
     v.                              :
                                      :
PIEDMONT HAWTHORNE AVIATION,          :
HAWTHORNE A-B-E, INC., and            :
PIEDMONT HAWTHORNE                    :
HOLDINGS, INC.,                       :
        Defendants              :         NO. 02-2739

## SECOND SCHEDULING ORDER

AND NOW, this _____ day of March, 2003, upon consideration of the parties' stipulation dated March 5, 2003, IT IS HEREBY ORDERED that:

      1.  All discovery shall proceed forthwith and continue in such manner as will assure that all requests for, and responses to, discovery will be served, noticed and completed by Monday, June 2, 2003 except for discovery needed to rebut an expert report.  Discovery needed to rebut an expert report shall be completed within thirty (30) days of when a party receives the expert report.

      2.  Plaintiffs shall serve reports of liability expert witnesses and/or respond to expert witness discovery relating to liability at least thirty (30) days before completion of discovery.  Plaintiff(s) shall serve reports of expert witnesses

on damages and/or respond to expert witness discovery relating to damages at least fifteen (15) days before the date for completion of discovery.

    3.  Defendants shall serve any reports of liability expert witnesses and/or respond to expert witness discovery relating to liability on or before the date for completion of discovery.  Defendants shall serve any reports of expert witnesses on damages and/or respond to expert witness discovery relating to damages within fifteen (15) days after the date for completion of discovery.

    4.  Any summary judgment motion or other dispositive motion and/or <u>Daubert</u> motion, together with supporting brief, shall be filed on or before Wednesday, July 9, 2003.

    5.  The Court will hold a final pretrial and settlement conference on Thursday, September 18, 2003, at 4:00 p.m.

    6.  Trial in the case shall commence on Monday, September 29, 2003, at 9:30 a.m.

    7.  All parties shall prepare and file with the Clerk of Court their <u>Pretrial Memoranda</u>, in accordance with this order and Local Rule of Civil Procedure 16.1(c) as follows:

        A.  Plaintiffs - fifteen (15) days before the final pretrial conference;

        B.  Defendants - five (5) days before the final pretrial conference.

8. At least five (5) working days before the case is listed for trial, each party shall submit to the Court, and serve on each other, two (2) copies of proposed points for charge and any proposed special jury interrogatories. Each point for charge or proposed jury interrogatory shall be numbered and shall be on a separate sheet of paper identifying the name of the requesting party. Supplemental points for charge will be permitted during and at the conclusion of trial. Points for charge should be accompanied by appropriate citations of legal authority.

9. If a party uses any version of the Word Perfect word processing system, it is urged to provide the Court with a disk containing the proposed points for charge and proposed special jury interrogatories.

10. Before commencement of trial, counsel will pre-mark and exchange all exhibits, and a schedule of exhibits which shall briefly describe each exhibit. Two (2) copies of the exhibits must be submitted to the Court at least five (5) working days before the case is listed for trial.

BY THE COURT:

_____
MARY A. McLAUGHLIN, J.