```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ROBERT KOONS                         :      CIVIL ACTION
and SALLY KOONS,                     :
          Plaintiffs                 :
                                     :
          v.                         :
                                     :
PIEDMONT HAWTHORNE AVIATION,         :
HAWTHORNE A-B-E, INC., and           :
PIEDMONT HAWTHORNE                   :
HOLDINGS, INC.,                      :
          Defendants                 :      NO. 02-2739
```

### THIRD SCHEDULING ORDER

AND NOW, this _____ day of July, 2003, upon consideration of the plaintiff's letter dated July 9, 2003 that contained the parties' request to extend certain pretrial deadlines, IT IS HEREBY ORDERED that:

     1.  Any summary judgment motion or other dispositive motion and/or <u>Daubert</u> motion, together with supporting brief, shall be filed on or before Friday, September 5, 2003.

     2.  The Court will hold a final pretrial and settlement conference on Monday, November 10, 2003, at 4:00 p.m.

     3.  Trial in the case shall commence on Monday, November 17, 2003, at 9:30 a.m.

     4.  All parties shall prepare and file with the Clerk of Court their <u>Pretrial Memoranda</u>, in accordance with this order and Local Rule of Civil Procedure 16.1(c) as follows:

          A.  Plaintiffs - fifteen (15) days before the final pretrial conference;

    B. Defendants - five (5) days before the final pretrial conference.

 5. At least five (5) working days before the case is listed for trial, each party shall submit to the Court, and serve on each other, two (2) copies of proposed points for charge and any proposed special jury interrogatories. Each point for charge or proposed jury interrogatory shall be numbered and shall be on a separate sheet of paper identifying the name of the requesting party. Supplemental points for charge will be permitted during and at the conclusion of trial. Points for charge should be accompanied by appropriate citations of legal authority.

 6. If a party uses any version of the Word Perfect word processing system, it is urged to provide the Court with a disk containing the proposed points for charge and proposed special jury interrogatories.

 7. Before commencement of trial, counsel will pre-mark and exchange all exhibits, and a schedule of exhibits which shall briefly describe each exhibit. Two (2) copies of the exhibits must be submitted to the Court at least five (5) working days before the case is listed for trial.

       BY THE COURT:


       _____
       MARY A. McLAUGHLIN, J.