IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT H. KOONS, JR. and SALLY KOONS, his wife, | : CIVIL ACTION |
| Plaintiffs, | : |
| v. | : |
| | : JURY TRIAL DEMANDED |
| PIEDMONT HAWTHORNE AVIATION, HAWTHORNE A-B-E, INC., n/k/a HAWTHORNE AIRPORT SERVICES, INC., and PIEDMONT HAWTHORNE HOLDINGS, INC., | : |
| | : No. 02CV2739 |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on October 23, 2003, a true and correct copy of Plaintiffs' Motion to Shorten Time for Defendant Piedmont Hawthorne to file a response to Plaintiffs' Motion to Permit Creation of Trial Exhibits from Accident Wreckage and Memorandum of Law in Support thereof was served upon counsel via hand delivery addressed as follows:

> Ann T. Field, Esquire
> Sara Anderson Frey, Esquire
> COZEN & O'CONNOR
> 1900 Market Street, The Atrium
> Philadelphia, PA 19103

> WOLK & GENTER
>
> BY: _____
> Richard E. Genter, Esquire
> Attorney I.D.: 30419
> Christopher J. Cerski, Esquire
> Attorney I.D.: 89611
> 1710-12 Locust Street
> Philadelphia, PA 19103
> (215) 545-4220
> Attorneys for Plaintiffs

DATED:   10/23/03