IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT H. KOONS, JR. and SALLY KOONS, his wife, : | CIVIL ACTION |
| : | |
| Plaintiffs, : | |
| v. : | |
| : | JURY TRIAL DEMANDED |
| PIEDMONT HAWTHORNE AVIATION, HAWTHORNE : | |
| A-B-E, INC., n/k/a HAWTHORNE AIRPORT : | |
| SERVICES, INC., and PIEDMONT HAWTHORNE : | No. 02CV2739 |
| HOLDINGS, INC., : | |
| : | |
| Defendants. : | |

## ATTORNEY CERTIFICATION OF GOOD FAITH

The undersigned counsel for plaintiffs hereby certify and attest that counsel spoke regarding the matters contained in the foregoing Motion to Permit Creation of Trial Exhibits from Accident Wreckage in effort to resolve the specific dispute at issue and, further, that despite all counsel's good faith attempts to resolve the disputes, they have been unable to do so.

        Respectfully submitted

BY: _____
    Richard E. Genter, Esquire
    Attorney I.D.: 30419
    Christopher J. Cerski, Esquire
    Attorney I.D.: 89611
    1710-12 Locust Street
    Philadelphia, PA  19103
    (215) 545-4220
    Attorneys for Plaintiffs