IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT H. KOONS, JR. and SALLY KOONS, his wife, | : CIVIL ACTION :|
| Plaintiffs, | : |
| v. | : |
| | : JURY TRIAL DEMANDED |
| PIEDMONT HAWTHORNE AVIATION, HAWTHORNE A-B-E, INC., n/k/a HAWTHORNE AIRPORT SERVICES, INC., and PIEDMONT HAWTHORNE HOLDINGS, INC., | : : : No. 02CV2739 : : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on October 23, 2003, a true and correct copy of Plaintiffs' Motion to Permit Creation of Trial Exhibits from Accident Wreckage and Memorandum of Law in Support thereof was served upon counsel via hand delivery addressed as follows:

        Ann T. Field, Esquire
        Sara Anderson Frey, Esquire
        COZEN & O'CONNOR
        1900 Market Street, The Atrium
        Philadelphia, PA 19103

        WOLK & GENTER

BY: _____
        Richard E. Genter, Esquire
        Attorney I.D.: 30419
        Christopher J. Cerski, Esquire
        Attorney I.D.: 89611
        1710-12 Locust Street
        Philadelphia, PA 19103
        (215) 545-4220
        Attorneys for Plaintiffs

DATED:   10/23/03