IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT H. KOONS, JR. and SALLY KOONS, his wife, | : CIVIL ACTION |
| Plaintiffs, | : |
| v. | : |
|  | : JURY TRIAL DEMANDED |
| PIEDMONT HAWTHORNE AVIATION, HAWTHORNE A-B-E, INC., n/k/a HAWTHORNE AIRPORT SERVICES, INC., and PIEDMONT HAWTHORNE HOLDINGS, INC., | : No. 02CV2739 |
| Defendants. | : |

**PLAINTIFFS' PRETRIAL MEMORANDUM**

**I.      Nature of Action and Basis of Jurisdiction**

Plaintiffs Robert and Sally Koons filed this action against Defendants Piedmont Hawthorne Aviation, Hawthorne A-B-E, Inc., and Piedmont Hawthorne Holdings, Inc (hereafter referred to as "Piedmont Hawthorne") pursuant to the legal theories of negligence and breach of warranty.  Plaintiffs' allege that defendant Piedmont Hawthorne was negligent in performing an annual inspection of the accident aircraft on March 22, 2000 by failing to discover and correct pre-existing wrinkles in the left wing fuel bladder tank of the aircraft, thereby allowing entrapped water contamination in the fuel system to migrate to the engine causing a power interruption that led to the crash of plaintiffs aircraft on May 9, 2000.

As a result of the accident, Mr. Koons sustained an L-1 compression/burst fracture, and other physical and emotional injuries, plus economic damages, including medical expenses, loss of earning capacity, and property damage loss.  Mrs. Koons was deprived of her husband's services, society, companionship, consortium and earnings.

Plaintiffs invoke this Court's jurisdiction pursuant to 28 U.S.C. § 1332 due to diversity of citizenship between the parties and an amount in controversy exceeding $100,000.

Specifically, Mr. and Mrs. Koons were residents of the State of New York at the time of filing this complaint. Defendant Piedmont Hawthorne Aviation, a Delaware Corporation, operates its principal place of business in North Carolina. Defendant Piedmont Hawthorne A-B-E, Inc., a South Carolina corporation, operates its principal place of business in South Carolina. Defendant Piedmont Hawthorne Holdings, Inc., a Delaware Corporation, operates its principal place of business in South Carolina.

The Eastern District of Pennsylvania maintains venue pursuant to 28 U.S.C. § 1391 in that the Piedmont defendants do business in Allentown, Pennsylvania, within the Eastern District of Pennsylvania, and substantial events and omissions occurred at the Piedmont defendants Allentown facility.

## II.     Brief Statement of the Facts of the Case

This lawsuit arises out of an airplane accident which occurred on May 9, 2000 when the single engine Cessna 210 aircraft piloted by plaintiff, Robert Koons crashed in Fayetteville, North Carolina.

On the day of the accident, Mr. Koons departed from Columbia County Airport, Hudson, New York with a final destination of Gilbert Airport near Winter Haven, Florida. A fuel stopped was planned for Fayetteville Regional Airport, North Carolina.

On final approach to the Fayetteville Airport, the aircraft's engine lost power and quit causing an off-airport crash landing.

Post crash investigation disclosed a large pre-existing wrinkle in the left fuel cell bladder found to measure approximately 11/16 inches in height.

There are two basic kinds of fuel contamination, solid and water. Water contamination is a major cause of fuel related accidents. There are three ways water can enter a fuel system. The first is condensation. The second way water gains access to the fuel system is through the fuel filler caps. The third way water can enter a fuel system is when it is refueled.

Fuel cells or bladder tanks are made of a heavy, rubberized material. The cell sit in a wing cavity designed to support the fuel tank. The top of the cell is held to the top of the wing by clips or snap buttons. Mechanics should inspect all fuel cells for proper installation at each annual or 100 hour inspection.

A wrinkle in a fuel cell bladder allows damning of water or contamination, prevents the water or other contaminants from being drained from the fuel tank, and permits these contaminants to ultimately migrate to the fuel delivery system and into the engine causing loss of power or the engine to quit.

Approximately seven weeks prior to accident, on March 22, 2000, the Piedmont defendants performed an annual inspection on the aircraft and certified that the aircraft was determined to be in an airworthy condition.

Piedmont Hawthorne Inspection Procedures Manual requires a detailed inspection of the entire aircraft including the fuel system. This inspection is to be performed in accordance with the Federal Aviation Regulations and the manufacturer's recommendations.

The Federal Aviation Administration identifies the minimum tools for inspection as a flashlight, inspection mirror, and magnifying glass.

Defendant Piedmont Hawthorne did not inspect the fuel cell using an inspection mirror and did not see the wrinkle at the time of the inspection.

Further, Piedmont Hawthorne did not drain the fuel tank and/or conduct a detailed inspection of the interior fuel cell despite being aware of the history that wrinkles in the fuel bladders of this model Cessna aircraft are prevalent.

### III. Items of Monetary Damages Claimed

| | | |
|---|---|---|
| 1. | Past Medical and Accident Related Bills | $17,472.47 |
| 2. | Current and Future Medical Bills | To Be Supplied |
| 3. | Lost Profit on Sale of Aircraft | $25,000.00 (approx.) |
| 4. | Loss of Earning Capacity | $245,055 to $321,703 |
| 5. | Pain and Suffering | |
| 6. | Loss of Life's Pleasures | |
| 7. | Loss of Consortium | |

### IV. Witness List

A. **Liability**

1. Mahlon Richards, Manager/Gail Howard
   Richmor Aviation
   P.O. Box 423
   Hudson, NY  12534

2. Roger Baker
   Firefighter
   c/o 433 Hay Street
   Fayetteville, NC  28301

3. Donnie Stafford
   Fire Captain
   c/o 433 Hay Street
   Fayetteville, NC  28301

4.     Mark C Ake  
       Firefighter  
       c/o 433 Hay Street  
       Fayetteville, NC 28301

5.     Brad Whited/Ralph Hamilton  
       Airport Director of Operations  
       Fayetteville Regional Airport

6.     Charlie Averitte  
       Firefighter  
       c/o 433 Hay Street  
       Fayetteville, NC 28301

7.     Ben Nichols  
       Assistant Fire Chief  
       City of Fayetteville Fire Department  
       c/o 433 Hay Street  
       Fayetteville, NC 28301

8.     Chief Michael Allen  
       City of Fayetteville Fire Department  
       c/o 433 Hay Street  
       Fayetteville, NC 28301

9.     Jay Leonard  
       HAZMAT Section  
       City of Fayetteville  
       c/o 433 Hay Street  
       Fayetteville, NC 28301

10.    Dale Spiller  
       City of Fayetteville  
       c/o 433 Hay Street  
       Fayetteville, NC 28301

11.    Chris Johnson  
       City of Fayetteville  
       c/o 433 Hay Street  
       Fayetteville, NC 28301

12.    Ronnie Powers  
       Atlanta Air Salvage  
       1140 Uniform Road  
       Griffin, GA 30223

13. Chris Cartwright
    Atlanta Air Salvage
    1140 Uniform Road
    Griffin, GA  30223

14. Gary Ramsey
    Atlanta Air Salvage
    1140 Uniform Road
    Griffin, GA  30223

15. Steven Poss
    Atlanta Air Salvage
    1140 Uniform Road
    Griffin, GA  30223

16. Robert Koons
    11 Rose Drive
    Hatfield, PA  19440

17. Sally Koons
    11 Rose Drive
    Hatfield, PA  19440

18. Robert Boyd, Jr.
    PIEDMONT HAWTHORNE
    Lehigh Valley International Airport
    600 Hayden Circle
    Allentown, PA  18103

19. James Dinan
    PIEDMONT HAWTHORNE
    Lehigh Valley International Airport
    600 Hayden Circle
    Allentown, PA  18103

20. Paul Tobin
    PIEDMONT HAWTHORNE
    Lehigh Valley International Airport
    600 Hayden Circle
    Allentown, PA  18103

21. A.J. Fiedler
    A.J. FIEDLER & ASSOC.
    P.O. Box 761
    Imperial, PA 15126-0761

22. Jerry L. Wells
    32216 107th Place, S.E.
    Auburn, WA  98092

23. Dennis Handley
    2320 Surrey Lane, #94
    McKeesport, PA  15135

24. Nicholas Stone
    PMB 113
    3000 Old Alabama Road
    Suite 119
    Alpharetta, Georgia  30022

25. Scott Anglin
    Anglin Aircraft Recovery Services
    4901 Holletts Corner Road
    Clayton, DE  19938

26. Jeremy Vannoy
    Anglin Aircraft Recovery Services
    4901 Holletts Corner Road
    Clayton, DE  19938

B. **Damages**

27. Robert Koons
    11 Rose Drive
    Hatfield, PA  19440

28. Sally Koons
    11 Rose Drive
    Hatfield, PA  19440

29. Robert A. Cheney, M.D.
    Capital Region Orthopaedic
    1367 Washington Ave., #200
    Albany, NY  12206

30. Robert M. Schneider, MD
    6225 Route 23A
    P.O. Box 60
    Tannersville, NY  12485

31. John Burke, Ph.D.
    Harvey S. Rosen, Ph.D.
    BURKE, ROSEN & ASSOCIATES
    2800 Euclid Avenue
    Suite 300
    Cleveland, OH  44115

32. Tim Diefenderfer
    RR #1, Box 394 B
    Hunter, NY  12442-9702

33. Bill Maley
    P.O. Box 650
    Hunter, NY  12442-0650

V.  **Exhibit List**

A.  **Liability**

1. Pre-Accident Photographs of N6607X

2. Richmor Aviation Detail History Report Re: Fuel Purchase of 5/9/00

3. Laminated Pre-Flight Checklist

4. Laminated Take-Off and Landing Checklist

5. Clipboard and Flight Notes of Robert Koons

6. New York, Washington and Charlotte Sectional Charts with Flight Routing

7. Airport Diagram/Map of Fayetteville Regional Airport

8. Model of N6607X

9. Sky 5 Live Crash Scene/Sight Photographs

10. Aircraft Wreckage

11. Fayetteville Fire Department Incident Report

12. Aircraft Logbooks for N6607X

13. Engine Logbooks for N6607X

14. Propeller Logbooks for N6607X

15. Pilot Logbooks of Robert Koons

16. Cessna 210 Owners Manual

17. Investigative and Wreckage Photographs of A.J. Fiedler

18. Wing Tank Dimensions and Capacity Calculations

19. Certificate of Aircraft Registration

20. Standard Airworthiness Certificate

21. Type Certificate Data Sheet 3A21

22. Fuel Consumption Calculations

23. Excerpts from Cessna 210 Illustrated Parts Catalog

24. Excerpts from Cessna 210 Service Manual, including Fuel Pump and strainer Assembly, Fuel System Installation, and Fuel Tank Installation

25. FAA Aircraft File-Airworthiness

26. AD Note Summary Sheet

27. AD 78-05-06 R1, including Cessna Service Letter SE 78-10 and Goodyear Service Bulletin FT-77-1

28. AD 84-10-01 R1, including Cessna Service Information Letters SE84-8, SE82-34 and SE94-9

29. AD 79-10-14R1 re Fuel Tank Venting, including Cessna Service Letter SE77-6, and Service Kit SK182-85

30. AD 66-19-02, including Cessna Service Letter 65-39

31. Special Airworthiness Information Bulletin CE-03-43R1

32. Cessna Service Bulletin 99-18A

33. Excerpts from FAA Advisory Circular 43.13-1B

34. FAA Advisory Circular 39-7C

35. FAA Advisory Circular 43-9C

36. Excerpts of 14CFR Part 39

37. Excerpts of 14CFR Part 43

38. Excerpts of 14CFR Part 91

39. Excerpts of 14CFR Part 145

40. Excerpts from 14CFR, Part 23

41. Excerpts from CAR Part 4(a)

42. Excerpts from CAR Part 3

43. Piedmont Hawthorne Repair Station-Inspection Procedures Manual

44. City of Fayetteville Incident Report 00-005161

45. Mock-Up of Fuel System

46. Piedmont Hawthorne Work Order Package Number 2609

47. Piedmont Hawthorne Work Order Package Number 2736

48. Piedmont Hawthorne Work Order Package Number 2943

49. Deposition Exhibits from Piedmont Hawthorne Depositions

50. Annual/100 Hour Aircraft Inspection Checklist

51. Signed Statement of Robert Boyd

52. Cessna Pilot Safety and Warning Supplements

53. Maintenance Timeline Chart

54. Weight and Balance Computations

55. Cessna Customer Car Owner Advisory SE82-36A

56. Cessna Aircraft Co. Inspection Checklist and Service Manual Procedures

57. FAA Airman File for Robert Koons

58. FAA Aeromedical File for Robert Koons

59. FAA Certification File Re: No Enforcement Actions against Robert Koons

60. May 24, 2002 Letter from Sally Koons

61. Document Production by Defendant in Response to Plaintiffs' Request for Production

62. CAR Part 3.444 (a)(b) and (c)

63. Exemplar Fuel Cell and Bay

64. Exemplar Fuel Bladders

65. Courtroom Demonstration Re: Formation of Wrinkles in Bladder Tanks

66. Videotapes of Water in and Water Exiting Fuel Systems

67. Videotapes of Various Sources of Water Contamination

68. Exemplar Inspection Mirror

69. Exemplar Inspection Flashlight

Plaintiffs reserve the right to supplement and/or amend this list upon receipt of defendant's exhibit list and further reserves this right depending upon the Court ruling on Plaintiffs' Motion to Create Trial Exhibits from Accident Wreckage.

**Damages**

100. Records of Cape Fear Medical Center including previously bates stamped numbers: 0093 to 0101; 0123-0126; 0135-0138; 0140-0155; 0205

    a. Discharge Summary      (1 page)    (Bates 0093)

    b. History & Physical     (2 pages)   (0094-0095)

    c. Consultation Report    (1 page)    (0099)

    d. Consultation Report    (2 pages)   (0100-0101)

11

|   |   |   |   |   |
|---|---|---|---|---|
| | e. | Radiology Reports | (4 pages) | (0123-0126) |
| | f. | Physical Therapy Eval. | (3 pages) | (0135-0137) |
| | g. | Transfer Summary | (1 page) | (0205) |
| | h. | Cape Fear Admin. Record | (17 pages) | (0138-0155) |

101. Records of Dr. Robert Cheney consisting of records previously Bates stamped 0197-0200.

102. Records of Dr. Robert M. Schneider consisting of records previously Bates stamped 0212-0218.

103. Billing from Robert A. Cheney

104. Billing from Eye Associates

105. Billing from Carolina Neurosurgical Services

106. Billing from Carolina Rehabilitation

107. Billing from Carolina Regional Radiology

108. Billing from Cape Fear Billing

109. Billing from Travel and Lodging to South Carolina

110. Billing from Supplies needed while in Hospital

111. X-Rays/MRI and CT Scans of the L-Spine/Spine regarding Robert Koons and Radiology Reports Related Thereto

112. Mercy Rehab Station Physical Therapy Records and Bills

113. Updated Office Notes of Robert Schneider, M.D.

114. Updated Office Notes of Robert Cheney, M.D.

115. Model of Spine

116. Medical Diagrams Depicting Mr. Koons' Injury

117. Prescription Drug Receipts Including Recent Prescription for Wellbutrin for Depression

118. Photographs of Robert Koons wearing Back Brace

119. Income Tax Returns for Robert and Sally Koons from 1997 through 2002

120. Damage Summary Chart regarding Economic Losses

121. Total Damage Summary Chart

122. Bills for Aircraft Wreckage Storage Post-Accident

123. Aircraft Sales Contract Dated April 27, 2000

124. Current/Recent Pay Stub of Robert Koons

## VI. Trial Days

Plaintiffs will need 3 to 4 trial days to present their case-in-chief.

## VII. Special Comments

a. Motion in Limine

1. **Exclude Evidence or Testimony Re: Plaintiff's Medical Certificate Expiration**

On October 15, 2003, defendant Piedmont Hawthorne served upon Plaintiffs a Request for Admission. The request asked plaintiffs to admit that plaintiff, Mr. Koons, did not possess a current medical certificate on the date of the crash. This was first time that defendants identified Mr. Koons' lack of a current medical certificate as an issue in this case and in fact this was not mentioned as a cause of the accident by the defendant's sole liability expert. As such, plaintiffs will be filing with the Court a Motion in Limine to exclude any reference to Mr. Koons' not possessing a current medical certificate.

b. Plaintiff's request defendant to stipulate to admissibility of certain medical records and bills.

c. Outstanding Motion re: Creation of Trial Exhibit from Accident Wreckage.

 d.  Subrogation Liens for Medical Bills and Worker's Compensation Totaling Approximately $10,000.00

        Respectfully submitted,

        WOLK & GENTER

  BY: _____
        Richard E. Genter, Esquire
        Attorney I.D.: 30419
        Christopher J. Cerski, Esquire
        Attorney I.D.: 89611
        1710-12 Locust Street
        Philadelphia, PA  19103
        (215) 545-4220
        Attorneys for Plaintiffs