IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ROBERT H. KOONS, JR., et al.       :           CIVIL ACTION
                            :
          v.                  :
                            :
PIEDMONT HAWTHORNE AVIATION, et al.   :       NO. 02-2739


**O R D E R**


       AND NOW, this     day of October, 2003, it is ORDERED that the Final Pretrial and

Settlement Conference previously scheduled for November 10, 2003 is rescheduled to December 5, 2003

at 9:30 a.m.

       IT IS FURTHER ORDERED that the trial previously scheduled for November 17, 2003

is rescheduled to December 15, 2003 at 9:30 a.m. in Courtroom 3-B.


ATTEST:                  or   BY THE COURT


BY:_____          _____
      Deputy Clerk                    MARY A. McLAUGHLIN,   J.