# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT H. KOONS, JR. and SALLY KOONS, his wife, | : CIVIL ACTION |
| Plaintiffs, | : |
| v. | : |
| | : JURY TRIAL DEMANDED |
| PIEDMONT HAWTHORNE AVIATION, HAWTHORNE A-B-E, INC., n/k/a HAWTHORNE AIRPORT SERVICES, INC., and PIEDMONT HAWTHORNE HOLDINGS, INC., | : No. 02CV2739 |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on November 12, 2003, a true and correct copy of Plaintiffs' Reply Memorandum of Law in Further Support of Motion to Permit Creation of Trial Exhibits from Accident Wreckage was served upon counsel via hand delivery addressed as follows:

>Ann T. Field, Esquire
>Sara Anderson Frey, Esquire
>COZEN & O'CONNOR
>1900 Market Street, The Atrium
>Philadelphia, PA 19103

>WOLK & GENTER

>BY: _____
>Richard E. Genter, Esquire
>Attorney I.D.: 30419
>Christopher J. Cerski, Esquire
>Attorney I.D.: 89611
>1710-12 Locust Street
>Philadelphia, PA  19103
>(215) 545-4220
>Attorneys for Plaintiffs