IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT H. KOONS, JR. and SALLY KOONS, his wife, | : CIVIL ACTION |
| Plaintiffs, | : |
| v. | : |
| | : JURY TRIAL DEMANDED |
| PIEDMONT HAWTHORNE AVIATION, HAWTHORNE A-B-E, INC., n/k/a HAWTHORNE AIRPORT SERVICES, INC., and PIEDMONT HAWTHORNE HOLDINGS, INC., | : No. 02CV2739 |
| Defendants. | : |

**PLAINTIFFS' FIRST SUPPLEMENTAL PRETRIAL MEMORANDUM**

Plaintiffs hereby supplement its Pretrial Memorandum filed on October 24, 2003 as follows:

**V.**     **Exhibit List**

A.     **Liability**

70.     Videotape of Inspection by Douglas Stimpson on August 19, 2003

71.     Deposition Exhibits of Lieutenant Christopher Johnson

72.     Deposition Exhibits of Captain William Stafford

73.     Deposition Exhibits of Lieutenant Christopher Johnson

74.     Deposition Exhibits of Dale Spiller

75.     Deposition Exhibits of Roger Baker

76.     Deposition Exhibit No. 1 of Bradley Whited

Plaintiffs reserve the right to supplement and/or amend this list upon receipt of any addendums/additions to defendant's exhibit list and further reserves this right depending upon

2

the Court ruling on Plaintiffs' Motion to Create Trial Exhibits from Accident Wreckage.

        Respectfully submitted,

        WOLK & GENTER

BY: _____
        Richard E. Genter, Esquire
        Attorney I.D.: 30419
        Christopher J. Cerski, Esquire
        Attorney I.D.: 89611
        1710-12 Locust Street
        Philadelphia, PA  19103
        (215) 545-4220
        Attorneys for Plaintiffs