IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT H. KOONS, JR. and SALLY KOONS, his wife, | : CIVIL ACTION |
| Plaintiffs, | : |
| v. | : |
| | : JURY TRIAL DEMANDED |
| PIEDMONT HAWTHORNE AVIATION, HAWTHORNE A-B-E, INC., n/k/a HAWTHORNE AIRPORT SERVICES, INC., and PIEDMONT HAWTHORNE HOLDINGS, INC., | : No. 02CV2739 |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on November 14, 2003, a true and correct copy of Plaintiffs' First Supplemental Pretrial Memorandum was served upon counsel via fax and first class mail addressed as follows:

        Ann T. Field, Esquire
        Sara Anderson Frey, Esquire
        COZEN & O'CONNOR
        1900 Market Street, The Atrium
        Philadelphia, PA 19103

        WOLK & GENTER

BY: _____
        Richard E. Genter, Esquire
        Attorney I.D.: 30419
        Christopher J. Cerski, Esquire
        Attorney I.D.: 89611
        1710-12 Locust Street
        Philadelphia, PA 19103
        (215) 545-4220
        Attorneys for Plaintiffs

DATED:    11/14/03