IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT H. KOONS, JR. and SALLY KOONS, his wife, | : CIVIL ACTION : |
| Plaintiffs, | : |
| v. | : : JURY TRIAL DEMANDED |
| PIEDMONT HAWTHORNE AVIATION, HAWTHORNE A-B-E, INC., n/k/a HAWTHORNE AIRPORT SERVICES, INC., and PIEDMONT HAWTHORNE HOLDINGS, INC., | : : : No. 02CV2739 : : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on November 20, 2003, a true and correct copy of Plaintiffs' Motion in Limine to Preclude Testimony of Undisclosed and/or Belated Disclosed Witnesses and Memorandum of Law in support thereof was served upon counsel via fax and first class mail addressed as follows:

>Ann T. Field, Esquire
>Sara Anderson Frey, Esquire
>COZEN & O'CONNOR
>1900 Market Street, The Atrium
>Philadelphia, PA 19103

>WOLK & GENTER

>BY: _____
>Arthur Alan Wolk, Esquire
>Attorney I.D.: 02091
>Christopher J. Cerski, Esquire
>Attorney I.D.: 89611
>1710-12 Locust Street
>Philadelphia, PA 19103
>(215) 545-4220
>Attorneys for Plaintiffs

DATED:     11/20/03