

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

# COZEN
# O'CONNOR
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

**Ann Thornton Field**

Direct Phone 215.665.2752
Direct Fax   215.701.2452
AFIELD@COZEN.COM

November 19, 2003

**VIA FACSIMILE**

Richard E. Genter, Esquire
Wolk & Genter
1710-12 Locust Street
Philadelphia, PA 19103

    Re:    Koons v. Piedmont Hawthorne Aviation
           U.S. District Court, Eastern District of PA
           No.: 02-CV-2739
           Our File No.: 129446

Dear Richard:

    Confirming our conversation of this date, the identity of the person whom we thought could testify as to the amount of fuel removed from the accident wreckage is Steven Poss of Atlanta Aviation. After speaking with Mr. Poss today, it is clear that he does not have a clear recollection of the fuel removal and therefore, we will not be calling him as a witness.

    Should you have any questions, please do not hesitate to contact me.

                                    Very truly yours,

                                    COZEN O'CONNOR

                                  By:    Ann Thornton Field

ATF/tad