IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT H. KOONS, JR. and SALLY KOONS<br>　　　　Plaintiffs,<br><br>v.<br><br>PIEDMONT HAWTHORNE AVIATION, HAWTHORNE A-B-E, INC. n/k/a HAWTHORNE AIRPORT SERVICES, INC., and PIEDMONT HAWTHORNE HOLDINGS, INC.<br>　　　　Defendants. | :<br>:<br>:<br>:<br>: CIVIL ACTION<br>: 02-CV-2739<br>:<br>:<br>:<br>:<br>:<br>: |

### ADDENDUM TO DEFENDANTS' PRE-TRIAL MEMORANDUM

Defendants submit the following addendum to their Pre-Trial Memorandum to add the following additional witnesses:

**I.    Witnesses - Liability**

1.   Nate Askew, General Manager
     Piedmont Hawthorne
     3003 Control Tower Road
     Fayetteville Regional AP
     Fayetteville, NC 28306

2.   J.J. – last name and address unknown.

Respectfully submitted,

COZEN O'CONNOR

BY: _____
Ann Thornton Field, Esquire
Attorney I.D. No. 52310
Sara Anderson Frey, Esquire
Attorney I.D. No. 82835
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000
Attorneys for Defendants

Date: November 7, 2003

## CERTIFICATE OF SERVICE

I, Sara Anderson Frey, Esquire, attorney for Defendants, do hereby certify that a copy of the foregoing Addendum to Pre-Trial Memorandum has been served upon counsel by facsimile and United States Mail, postage prepaid this 7th day of November, 2003, as follows:

Richard Genter, Esquire
Wolk & Genter
1710-12 Locust Street
Philadelphia, PA 19103


_____
Sara Anderson Frey, Esquire