IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT H. KOONS, JR., et al., | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| PEIDMONT HAWTHORNE AVIATION, et al. | : | |
| Defendants | : | NO. 02-2739 |

## ORDER

AND NOW, this 4th day of December, 2003, upon consideration of the plaintiffs' Motion in Limine to Preclude Testimony of Undisclosed and/or Belatedly Disclosed Witness (Docket No. 25), and the defendants' response thereto stating that such witnesses will not be called to testify, IT IS HEREBY ORDERED that the motion is DENIED as moot.

BY THE COURT:

_____
MARY A. McLAUGHLIN, J.