IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT H. KOONS, JR. and SALLY KOONS, his wife, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| PIEDMONT HAWTHORNE AVIATION, HAWTHORNE A-B-E, INC., n/k/a HAWTHORNE AIRPORT SERVICES, INC., and PIEDMONT HAWTHORNE HOLDINGS, INC., | : : : : | No. 02CV2739 |
| | : | |
| Defendants. | : | |

**PLAINTIFFS' MOTION IN LIMINE TO PRECLUDE THE
INTRODUCTION OF THE CESSNA AIRCRAFT COMPANY'S
ACCIDENT INVESTIGATION/MISHAP REPORT**

For the reasons set forth in the accompanying Memorandum of Law, Plaintiffs respectfully request that the Court preclude the introduction of the Cessna Aircraft Company's Accident Investigation/Mishap Report.

Respectfully submitted,

WOLK & GENTER

BY: _____
Arthur Alan Wolk, Esquire
Attorney I.D.: 02091
Christopher J. Cerski, Esquire
Attorney I.D.: 89611
1710-12 Locust Street
Philadelphia, PA 19103
(215) 545-4220
Attorneys for Plaintiffs