IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT H. KOONS, JR. and SALLY KOONS, his wife, | : CIVIL ACTION |
| Plaintiffs, | : |
| v. | : |
| | : JURY TRIAL DEMANDED |
| PIEDMONT HAWTHORNE AVIATION, HAWTHORNE A-B-E, INC., n/k/a HAWTHORNE AIRPORT SERVICES, INC., and PIEDMONT HAWTHORNE HOLDINGS, INC., | : No. 02CV2739 |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on December 12, 2003, a true and correct copy of Plaintiffs' Motion in Limine to Preclude The Introduction of the Cessna Aircraft Company's Accident Investigation/Mishap Report was served upon counsel via Hand Delivery addressed as follows:

>Ann T. Field, Esquire
>Sara Anderson Frey, Esquire
>COZEN & O'CONNOR
>1900 Market Street, The Atrium
>Philadelphia, PA 19103

>WOLK & GENTER

>BY: _____
>Arthur Alan Wolk, Esquire
>Attorney I.D.: 02091
>Christopher J. Cerski, Esquire
>Attorney I.D.: 89611
>1710-12 Locust Street
>Philadelphia, PA  19103
>(215) 545-4220
>Attorneys for Plaintiffs

DATED:    12/12/03