IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT H. KOONS, JR. and SALLY KOONS, his wife, : | CIVIL ACTION |
| Plaintiffs, : | |
| v. : | JURY TRIAL DEMANDED |
| PIEDMONT HAWTHORNE AVIATION, HAWTHORNE : A-B-E, INC., n/k/a HAWTHORNE AIRPORT SERVICES, INC., and PIEDMONT HAWTHORNE HOLDINGS, INC., : | No. 02CV2739 |
| Defendants. : | |

### PLAINTIFFS' MOTION IN LIMINE TO PRECLUDE ANY AND ALL REFERENCE TO, OR OFFERING INTO EVIDENCE OF, THE NTSB PROBABLE CAUSE DETERMINATION AND/OR FACTUAL REPORT CONTAINING OPINION TESTIMONY

For the reasons set forth in the accompanying Memorandum of Law, Plaintiffs respectfully request that the Court preclude any and all reference to, or offering into evidence of, the NTSB Probably Cause Determination and/or Factual Report containing opinion testimony.

Respectfully submitted,

WOLK & GENTER

BY: _____
Arthur Alan Wolk, Esquire
Attorney I.D.:  02091
Christopher J. Cerski, Esquire
Attorney I.D.: 89611
1710-12 Locust Street
Philadelphia, PA  19103
(215) 545-4220
Attorneys for Plaintiffs