IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT H. KOONS, JR. and SALLY KOONS, his wife, | : CIVIL ACTION |
| Plaintiffs, | : |
| v. | : |
| | : JURY TRIAL DEMANDED |
| PIEDMONT HAWTHORNE AVIATION, HAWTHORNE A-B-E, INC., n/k/a HAWTHORNE AIRPORT SERVICES, INC., and PIEDMONT HAWTHORNE HOLDINGS, INC., | : No. 02CV2739 |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on December 12, 2003, a true and correct copy of Plaintiffs' Motion In Limine To Preclude Any and All Reference To, Or Offering Into Evidence Of, The NTSB Probable Cause Determination and/or Factual Report Containing Opinion Testimony was served upon counsel via Hand Delivery addressed as follows:

> Ann T. Field, Esquire
> Sara Anderson Frey, Esquire
> COZEN & O'CONNOR
> 1900 Market Street, The Atrium
> Philadelphia, PA 19103

> WOLK & GENTER

BY: _____
Arthur Alan Wolk, Esquire
Attorney I.D.: 02091
Christopher J. Cerski, Esquire
Attorney I.D.: 89611
1710-12 Locust Street
Philadelphia, PA 19103
(215) 545-4220
Attorneys for Plaintiffs

DATED:   12/12/03