IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT H. KOONS, JR. and SALLY KOONS, his wife : : : v. : : PIEDMONT HAWTHORNE AVIATION, et al. : : : | Case No. 02-cv-2739 |

## **ORDER**

AND NOW, this _____ day of February, 2004, upon consideration of Plaintiffs' Motion for Judgment Notwithstanding the Verdict or in the Alternative a New Trial (Docket #69), plaintiffs' supplemental reasons in support of the motion, and defendants' response to the motion, and defendants' response to the supplemental reasons in support of the motion, it is hereby ORDERED and DECREED that said motion is DENIED.

All of these issues were adequately discussed either prior to the trial or during the trial on the record so that the Court will not take time here to review them. The Court has considered all of the arguments of the plaintiffs and concludes that there is no basis to grant judgment notwithstanding the verdict or a new trial.

BY THE COURT:

_____
Mary A. McLaughlin, J.