IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT H. KOONS, JR. and SALLY KOONS, his wife, : | CIVIL ACTION |
| : | |
| Plaintiffs, : | |
| v. : | |
| : | JURY TRIAL DEMANDED |
| PIEDMONT HAWTHORNE AVIATION, HAWTHORNE : | |
| A-B-E, INC., n/k/a HAWTHORNE AIRPORT : | |
| SERVICES, INC., and PIEDMONT HAWTHORNE : | No. 02CV2739 |
| HOLDINGS, INC., : | |
| : | |
| Defendants. : | |

**O R D E R**

AND NOW, this            day of                         , 2004, in consideration of Plaintiffs' Motion to Extend the Time to File a Notice of Appeal from this Court's February 2, 2004 Order, and receiving no opposition from defendant, this Court GRANTS plaintiffs' motion and extends the March 3, 2004 deadline to file a Notice of Appeal by thirty (30) days (April 2, 2004).

BY THE COURT:

_____
HON. MARY A. McLAUGHLIN