IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT H. KOONS, JR. and SALLY KOONS, his wife, | : CIVIL ACTION |
| Plaintiffs, | : |
| v. | : |
| | : JURY TRIAL DEMANDED |
| PIEDMONT HAWTHORNE AVIATION, HAWTHORNE A-B-E, INC., n/k/a HAWTHORNE AIRPORT SERVICES, INC., and PIEDMONT HAWTHORNE HOLDINGS, INC., | : No. 02CV2739 |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on February 11, 2004, a true and correct copy of Plaintiffs' Motion for Extension of Time to File a Notice of Appeal was served upon counsel via hand delivery addressed as follows:

        Ann T. Field, Esquire
        Sara Anderson Frey, Esquire
        COZEN O'CONNOR
        1900 Market Street, The Atrium
        Philadelphia, PA 19103

        THE WOLK LAW FIRM

BY: _____
        Arthur Alan Wolk, Esquire
        Attorney I.D.: 02091
        Christopher J. Cerski, Esquire
        Attorney I.D.: 89611
        1710-12 Locust Street
        Philadelphia, PA 19103
        (215) 545-4220
        Attorneys for Plaintiffs