IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT H. KOONS, JR. and SALLY KOONS, his wife, | : CIVIL ACTION :|
| Plaintiffs, | : |
| v. | : |
| | : JURY TRIAL DEMANDED |
| PIEDMONT HAWTHORNE AVIATION, HAWTHORNE A-B-E, INC., n/k/a HAWTHORNE AIRPORT SERVICES, INC., and PIEDMONT HAWTHORNE HOLDINGS, INC., | : : : No. 02CV2739 : : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on March 18, 2004, a true and correct copy of Plaintiffs' Memorandum in Support of Their Motion for Relief of Judgment Pursuant to Federal Rule of Civil Procedure 60(b) was served upon counsel via facsimile and first class mail addressed as follows:

    Ann T. Field, Esquire
    Sara Anderson Frey, Esquire
    COZEN & O'CONNOR
    1900 Market Street, The Atrium
    Philadelphia, PA 19103

    THE WOLK LAW FIRM

BY: _____
    Arthur Alan Wolk, Esquire
    Attorney I.D.: 02091
    Christopher J. Cerski, Esquire
    Attorney I.D.: 89611
    1710-12 Locust Street
    Philadelphia, PA  19103
    (215) 545-4220
    Attorneys for Plaintiffs

Case 2:02-cv-02739-MAM     Document 77-2     Filed 03/18/2004     Page 2 of 2