IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT H. KOONS, JR. and SALLY KOONS, his wife, : | CIVIL ACTION |
| : | |
| Plaintiffs, : | |
| v. : | |
| : | JURY TRIAL DEMANDED |
| PIEDMONT HAWTHORNE AVIATION, HAWTHORNE : | |
| A-B-E, INC., n/k/a HAWTHORNE AIRPORT : | |
| SERVICES, INC., and PIEDMONT HAWTHORNE : | No. 02CV2739 |
| HOLDINGS, INC., : | |
| : | |
| Defendants. : | |

## PLAINTIFFS' MOTION FOR RELIEF OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(B)

For the reasons set forth in the accompanying Memorandum of Law, Plaintiffs respectfully request that the Court grant plaintiffs relief from judgment and order a new trial pursuant to Rule of Civil Procedure 60(B).

Respectfully submitted,

THE WOLK LAW FIRM

BY: _____
Arthur Alan Wolk, Esquire
Attorney I.D.: 02091
Christopher J. Cerski, Esquire
Attorney I.D.: 89611
1710-12 Locust Street
Philadelphia, PA  19103
(215) 545-4220
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT H. KOONS, JR. and SALLY KOONS, his wife, | : CIVIL ACTION |
| Plaintiffs, | : |
| v. | : |
|  | : JURY TRIAL DEMANDED |
| PIEDMONT HAWTHORNE AVIATION, HAWTHORNE A-B-E, INC., n/k/a HAWTHORNE AIRPORT SERVICES, INC., and PIEDMONT HAWTHORNE HOLDINGS, INC., | : No. 02CV2739 |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on March 19, 2004, a true and correct copy of Plaintiffs' Motion for Relief of Judgment Pursuant to Federal Rule of Civil Procedure 60(b) was served upon counsel via facsimile and first class mail addressed as follows:

    Ann T. Field, Esquire
    Sara Anderson Frey, Esquire
    COZEN & O'CONNOR
    1900 Market Street, The Atrium
    Philadelphia, PA 19103

    THE WOLK LAW FIRM

BY: _____
    Arthur Alan Wolk, Esquire
    Attorney I.D.: 02091
    Christopher J. Cerski, Esquire
    Attorney I.D.: 89611
    1710-12 Locust Street
    Philadelphia, PA 19103
    (215) 545-4220
    Attorneys for Plaintiffs

3