IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT H. KOONS, JR. and<br>SALLY KOONS, his wife,<br><br>          Plaintiffs,<br>    v.<br><br>PIEDMONT HAWTHORNE AVIATION,<br>HAWTHORNE A-B-E, INC., n/k/a<br>HAWTHORNE AIRPORT SERVICES, INC.,<br>and PIEDMONT HAWTHORNE<br>HOLDINGS, INC.<br><br>          Defendants. | :<br>: CIVIL ACTION<br>:<br>:<br>:<br>: JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>: No. 02CV2739<br>:<br>: |

**NOTICE OF WITHDRAWAL OF PLAINTIFFS'
RULE 60(b) MOTION FOR RELIEF**

Plaintiffs, Robert H. Koons, Jr. and Sally Koons, by and through their undersigned counsel, hereby withdraw their Motion for Relief of Judgment Pursuant to Federal Rule of Civil Procedure 60(b) and Memorandum In Support Thereof filed with this Court on March 18, 2004 and March 19, 2004.

Respectfully submitted,

_____
THE WOLK LAW FIRM
Arthur Alan Wolk, Esq.
Christopher J. Cerski, Esq.
1710-12 Locust Street
Philadelphia, PA 19103
(215) 545-4220

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT H. KOONS, JR. and SALLY KOONS, his wife, | : CIVIL ACTION |
| Plaintiffs, | : |
| v. | : |
| | : JURY TRIAL DEMANDED |
| PIEDMONT HAWTHORNE AVIATION, HAWTHORNE A-B-E, INC., n/k/a HAWTHORNE AIRPORT SERVICES, INC., and PIEDMONT HAWTHORNE HOLDINGS, INC., | : No. 02CV2739 |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on March 30, 2004, a true and correct copy of Notice of Withdrawal of Plaintiffs' Rule 60(b) Motion for Relief was served upon counsel via facsimile and first class mail addressed as follows:

Ann T. Field, Esquire
Sara Anderson Frey, Esquire
COZEN & O'CONNOR
1900 Market Street, The Atrium
Philadelphia, PA 19103

THE WOLK LAW FIRM

BY: _____
Arthur Alan Wolk, Esquire
Attorney I.D.: 02091
Christopher J. Cerski, Esquire
Attorney I.D.: 89611
1710-12 Locust Street
Philadelphia, PA 19103
(215) 545-4220
Attorneys for Plaintiffs